UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JEREL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-1559 TLN AC P<br><br><br>ORDER |

　　　Plaintiff has filed a second motion for extension of time to file objections to the June 26, 2024 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 15) is GRANTED; and

　　　2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the findings and recommendations.

DATED: September 3, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE